**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

Ezielton Dos Santos
    Petitioner

        V.

CIVIL ACTION

NO.  1:26-cv-11978-ADB

Antone Moniz et al
    Respondents

## ORDER OF DISMISSAL

Burroughs, D. J.


      In accordance with the Court's Electronic Order dated May 12, 2026, Petitioner's Petition for Writ of Habeas Corpus is hereby DISMISSED.


                        By the Court,


May 12, 2026                     /s/Caetlin McManus
    Date                            Deputy Clerk